U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 3, 2009**                                                   **United States Bankruptcy Judge**

---

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SEQUOIA STONEBRIAR LEASECO, | § | CASE NO. 09-35216-sgj-11 |
| LLC, | § | |
| | § | |
| Debtor. | § | |

## AGREED ORDER GRANTING MOTION TO EXTEND TIME TO ASSUME OR REJECT THE MASTER LEASE PURSUANT TO 11 U.S.C. § 365(d)(4)(B)

CAME ON FOR CONSIDERATION the *Motion to Extend Time to Assume or Reject the Master Lease Pursuant to 11 U.S.C. § 365(d)(4)(B)* [Docket No. 96] (the "Motion") filed by Sequoia Stonebriar LeaseCo, LLC (the "Debtor") in the above-referenced bankruptcy cases.

The Court finds that due and adequate notice of the Motion was given upon the Debtor's creditors as required by the Bankruptcy Code and/or the Federal Rules of Bankruptcy Procedure.

This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. The Court further finds that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157. The Court

further finds that venue of this proceeding is proper in this district pursuant to 28 U.S.C. §§ 1408.  It is therefore

ORDERED that the Motion is GRANTED.  It is further

ORDERED that in accordance with § 365(d)(4) of the Bankruptcy Code, the period by which the Debtor must assume or reject the Master Lease is hereby extended through and including March 2, 2010 (the "Deadline").  It is further

ORDERED that the GK TICs (identified on Exhibit A) may terminate the Deadline at any time on ten (10) days' negative written notice to the Debtor's counsel sent via facsimile and email.  The Deadline shall be deemed terminated as of the expiration of the 10 day negative notice period, absent further order of the Court.  In the event of such notice of termination, the Debtor shall have the right to 1) object to termination of the Deadline and/or 2) file a motion seeking further extension of the time to assume or reject pursuant to 11 U.S.C. § 365(d)(4), not to exceed March 2, 2010, so long as Debtor schedules a hearing before this Court at a time prior to the expiration of the 10-day notice period, such hearing date being agreeable to counsel for the Debtor and the GK TICs and subject to the Court's docket.  In the event of such hearing, the Debtor shall bear the same burden of demonstrating "cause" in accordance with § 365(d)(4) of the Bankruptcy Code to 1) prevent termination of the extension and/or 2) justify any further extension of the deadline to March 2, 2010.  It is further

ORDERED that the deadline to file a proof of claim by the GK TICs is extended as provided herein and that GK TICs shall have up to and including January 29, 2010 to file any proof of claim in this matter.

# # # END OF ORDER # # #

Submitted by:

_____
Gerrit M. Pronske
Texas Bar No. 16351640
Rakhee V. Patel
Texas Bar No. 00797213
Christina W. Stephenson
Texas Bar No. 24049535
PRONSKE & PATEL, P.C.
2200 Ross Avenue, Suite 5350
Dallas, Texas 75201
Telephone: 214.658.6500
Facsimile: 214.658.6509
Email: gpronske@pronskepatel.com
Email: rpatel@pronskepatel.com
Email: cstephenson@pronskepatel.com

**COUNSEL FOR SEQUOIA STONEBRIAR LEASECO, LLC**

Agreed as to form and substance:

_____
Troy Savenko (Admitted Pro Hac Vice)
VA Bar No. 44516
GREGORY KAPLAN, PLC
7 East Second Street (23224-4253)
P.O. Box 2470
Richmond, Virginia  23218-2470
Telephone:  (804) 423-7921
Facsimile:  (804) 230-0024
E-mail:  tsavenko@gregkaplaw.com

**COUNSEL FOR THE GK TICS**

## EXHIBIT A

### TENANT-IN-COMMON OWNERS OF SEQUOIA STONEBRIAR REPRESENTED BY GREGORY KAPLAN, PLC

| Tenant-in-Common Owner | Principal(s) |
|---|---|
| Sequoia Stonebriar 1, LP | Alvin & Mavis Anderson |
| Sequoia Stonebriar 2, LP | Noel & Jill Novarro |
| Sequoia Stonebriar 3, LP | Lavaughn & Mary Boston |
| Sequoia Stonebriar 4, LP | Gary & Jean Jamison |
| Sequoia Stonebriar 5, LP | Raymond Polidor |
| Sequoia Stonebriar 7, LP | Stephen & Kathleen Novarro |
| Sequoia Stonebriar 8, LP | Thomas Hanan |
| Sequoia Stonebriar 9, LP | Linda Faye Vogt |
| Sequoia Stonebriar 10, LP | William & Elizabeth Jue |
| Sequoia Stonebriar 11, LP | Robert & Virginia Becker |
| Sequoia Stonebriar 12, LP | John Culver, III |
| Sequoia Stonebriar 13, LP | Deborah DeBow |
| Sequoia Stonebriar 14, LP | Lynn & Roy Blom |
| Sequoia Stonebriar 15, LP | David & Susan Rue |
| Sequoia Stonebriar 16, LP | Howard G. Brinkerhoff |
| Sequoia Stonebriar 17, LP | Ralph & Molly Wolveck |
| Sequoia Stonebriar 18, LP | Harvey & Lynn Friedlander |
| Sequoia Stonebriar 19, LP | Harry Delmer & Deborah Hecht |
| Sequoia Stonebriar 20, LP | John Wong |
| Sequoia Stonebriar 21, LP | Peter Wong |
| Sequoia Stonebriar 22, LP | Jefferson & Patricia Stillwell |
| Sequoia Stonebriar 23, LP | Allen & Joanne Geggatt |
| Sequoia Stonebriar 25, LP | Michael Maslow |
| Sequoia Stonebriar 27, LP | Cecil & Majorie Watts |
| Sequoia Stonebriar 28, LP | Edward & Ann LaFranchi |
| Sequoia Stonebriar 29, LP | Bruce Hart |
| Sequoia Stonebriar 30, LP | Cardyn Hart |
| Sequoia Stonebriar 31, LP | Deepak Mehra |
| Sequoia Stonebriar 32, LP | Sharon Merillat |
| Sequoia Stonebriar 33, LP | Anthony Olaes |
| Sequoia Stonebriar 34, LP | Nancy Smeets |