U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

_____
**Signed April 16, 2010**                United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| **SEQUOIA STONEBRIAR LEASECO,** § | **CASE NO. 09-35216-sgj-11** |
| **LLC,** § | |
| § | |
| Debtor. § | |

### ORDER GRANTING THIRD MOTION TO EXTEND TIME TO ASSUME OR REJECT THE MASTER LEASE PURSUANT TO 11 U.S.C. § 365(d)(4)(B)

CAME ON FOR CONSIDERATION the *Third Motion to Extend Time to Assume or Reject the Master Lease Pursuant to 11 U.S.C. § 365(d)(4)(B)* [Docket No. 141] (the "Motion") filed by Sequoia Stonebriar LeaseCo, LLC (the "Debtor") in the above-referenced bankruptcy cases.

The Court further finds that, in accordance with 11 U.S.C. § 365(d)(4)(B), per the Motion, the Debtor's landlords have agreed to the relief requested in the Motion.

**ORDER GRANTING THIRD MOTION TO EXTEND TIME TO ASSUME OR REJECT THE MASTER LEASE PURSUANT TO 11 U.S.C. § 365(d)(4)(B) – PAGE 1**

This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. The Court further finds that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157. The Court further finds that venue of this proceeding is proper in this district pursuant to 28 U.S.C. §§ 1408. It is therefore

ORDERED that the Motion is **GRANTED**. It is further

ORDERED that in accordance with § 365(d)(4) of the Bankruptcy Code, the deadline by which the Debtor must assume or reject the Master Lease is hereby extended through and including June 4, 2010.

# # # END OF ORDER # ##

Submitted by:
/s/ Christina W. Stephenson
Gerrit M. Pronske
Texas Bar No. 16351640
Rakhee V. Patel
Texas Bar No. 00797213
Christina W. Stephenson
Texas Bar No. 24049535
PRONSKE & PATEL, P.C.
2200 Ross Avenue, Suite 5350
Dallas, Texas 75201
Telephone: 214.658.6500
Facsimile: 214.658.6509
Email: gpronske@pronskepatel.com
Email: rpatel@pronskepatel.com
Email: cstephenson@pronskepatel.com

**COUNSEL FOR SEQUOIA STONEBRIAR
LEASECO, LLC**